IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:                                                    CASE NO. 26-51866 (ALT)

KONA COAST VENTURE, LTD

DEBTOR                                                   CHAPTER 11

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

Notice is hereby given that Julie Anne Parsons of McCreary, Veselka, Bragg & Allen, P.C.,

P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for **The County of Comal,**

**Texas** in the above-entitled case and the undersigned requests that service of notices and other

documents be made upon this attorney of record.

Dated: July 7, 2026

Respectfully submitted,

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
Attorneys for The County of Comal, Texas

*/s/ Julie Anne Parsons*
Julie Anne Parsons
State Bar Number 00790358
P.O. Box 1269
Round Rock, Texas 78680-1269
Telephone: (512) 323-3200
Fax: (512) 323-3205
Email: jparsons@mvbalaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the above Notice of Appearance and Request for Service of Notices and Other Documents to debtor Kona Coast Venture, Ltd, 11860 FM 306 New Braunfels, Texas 78132 by First Class U.S. Mail, and to debtor's counsel Lynn Hamilton Butler, Husch Blackwell LLP, 111 Congress Avenue Ste 1400, Austin, Texas 78701 and the Office of the United States Trustee, 615 E. Houston St., Ste 533, San Antonio, Texas 78205 on July 7, 2026 by CM/ECF Electronic Notification.

*/s/ Julie Anne Parsons*
Julie Anne Parsons