**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br><br>**KONA COAST VENTURE, LTD,** | §<br>§<br>§<br>§<br>§ | **LEAD CASE NO. 26-51866-ALT** |
| **HIDEOUT ON THE HORSESHOE, LLC,**<br><br><br>**DEBTORS.**[1] | §<br>§<br>§<br>§<br>§ | **SECOND CASE NO. 26-51900-ALT**<br><br>**CHAPTER 11**<br><br>**(Jointly Administered Under 26-51866-ALT)** |

**NOTICE OF EXPEDITED HYBRID HEARING**
**(Related Docket No. 203)**

**PLEASE TAKE NOTICE** that the following Motion has been set for a hearing on an expedited basis and will be heard through a hybrid setting on **Thursday, October 15, 2026, at 11:00 a.m.**

a) *Emergency Motion for an Order (I) Shortening the Time for Approval of the Disclosure Statement and Approving the Disclosure Statement or Alternatively Conditionally Approving the Disclosure Statement; (II) Setting Voting and Confirmation Deadlines; (III) Fixing Record Date; (IV) Approving Solicitation Procedures; and (V) Approving Related Procedures and Deadlines* (Docket. No. 203).

**PLEASE TAKE FURTHER NOTICE** that this hearing will be conducted in a hybrid format, and parties may appear in person in Judge Thomas's Courtroom, 615 E. Houston St., SA Courtroom 3; or via Zoom at: https://www.zoomgov.com/my/thomas.txwb; Zoom Meeting ID: 160 8446 6872.

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Kona Coast venture, Ltd. (2553); Hideout on the Horseshoe, LLC (4170).

Dated: October 6, 2026

Respectfully Submitted,

**HUSCH BLACKWELL LLP**

*/s/ Lynn Hamilton Butler*
Lynn Hamilton Butler (SBN 03527350)
Email: lynn.butler@huschblackwell.com
Jennifer Pollan (SBN 24150828)
Email: jennifer.pollan@huschblackwell.com
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Main No. (512) 472-5456
Fax No. (512) 479-1101

**ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, KONA COAST VENTURE, LTD AND HIDEOUT ON THE HORSESHOE, LLC.**

## **CERTIFICATE OF SERVICE**

This will certify that on October 6, 2026, a true and correct copy of the foregoing pleading has been forwarded via this Court's CM/ECF notification system to the parties registered for such service and will be served on (a) the Office of the United States Trustee for the Western District of Texas; (b) the holders of the twenty (20) largest unsecured claims against the Debtors on an aggregate basis; and (c) those parties requesting notice pursuant to Bankruptcy Rule 2002.

/s/ *Lynn H. Butler*
Lynn Hamilton Butler

| Parties Requesting Notice – VIA ECF: | |
|---|---|
| United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>San Antonio, TX 78205<br>USTPRegion07.SN.ECF@usdoj.gov | James W Rose, Jr<br>DOJ-Ust<br>615 E. Houston Street #533<br>San Antonio, TX 78205<br>james.rose@usdoj.gov |
| Stephen Wayne Lemmon<br>Streusand Landon Ozburn Lemmon LLP<br>1801 S. Mopac Expressway - Suite 320<br>Austin, TX 78746<br>lemmon@slollp.com | Rhonda Bear Mates<br>Streusand Landon Ozburn Lemmon LLP<br>1801 S. Mopac Expressway - Suite 320<br>Austin, TX 78746<br>mates@slollp.com |
| The County of Comal, Texas<br>McCreary Veselka Bragg & Allen, PC<br>c/o Jessica L. Cousineau<br>PO Box 1269<br>Round Rock, TX 78680-1269<br>jessica.cousineau@mvbalaw.com | Ray Battaglia<br>Law Offices of Ray Battaglia, PLLC<br>66 Granburg Circle<br>San Antonio, TX 78218<br>rbattaglialaw@outlook.com |
| Mark C. Taylor<br>Kane Russell Coleman Logan PC<br>401 Congress Avenue, Suite 2100<br>Austin, Texas 78701<br>mtaylor@krcl.com | J. Casey Roy<br>Kane Russell Coleman Logan PC<br>401 Congress Avenue, Suite 2100<br>Austin, Texas 78701<br>croy@krcl.com |
| Jamie Kirk<br>Assistant Attorney General<br>c/o Lydia Hewett, Legal Assistant<br>Texas Attorney General's Office<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>jamie.kirk@oag.texas.gov<br>lydia.hewett@oag.texas.gov | Matthew Baumgartner<br>Guillermo A. Alarcon<br>Armbrust & Brown, PLLC<br>100 Congress Avenue, Suite 1300<br>Austin, Texas 78701<br>mbaumgartner@abaustin.com<br>galarcon@abaustin.com |
| **Top 20 Unsecured Creditors – VIA REGULAR MAIL:** | |
| American Express<br>PO Box 6031<br>Carol Stream, IL 60197 | American Express<br>PO Box 981535<br>El Paso, TX 79998 |
| Moody National Bank<br>2302 Post Office Street<br>Galveston, TX 77550 | State of Texas<br>c/o Comptroller of Public Accounts<br>111 E. 17th Street<br>Austin, TX 78774-0100 |

| | |
|---|---|
| Texas Workforce Commission<br>Attn: Bankruptcy Department<br>101 E 15th Street<br>Austin, TX 78778 | U.S. Department of the Treasury<br>Bureau of the Fiscal Service<br>PO Box 830794<br>Birmingham, AL 35283-0794 |
| U.S. Small Business Administration<br>Office of General Counsel<br>409 3rd St., SW<br>Washington, DC 20416 | Internal Revenue Service<br>c/o Centralized Insolvency Operation<br>2970 Market St.<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016 |
| MAV WTW Holdings, LLC<br>C/O Streusand, Landon, Ozburn & Lemmon,<br>1801 South MoPac Expressway, Suite 320<br>Austin, TX 78746 | Prosperity Bank<br>Attn: Bankruptcy Department<br>80 Sugar Creek Center Blvd.<br>Sugar Land, TX 77478 |