UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF
TEXAS
SAN ANTONIO DIVISION

Case number 26-51866-ALT

In re: KONA COAST VENTURE, LTD.

Taxpayer number: XXXXXXX5539

WITHDRAWAL OF
CLAIM # 3
PRIORITY PROOF OF CLAIM

Name of Creditor: Texas Comptroller of Public Accounts
on behalf of the State of Texas
and local sales tax jurisdictions.

Send notices to: Office of the Attorney General
Bankruptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone: 512-463-2173

1. DATE OF CLAIM: 09/21/2026

2. TOTAL AMOUNT OF CLAIM: $ 19,916.06
   SALES AND USE TAX CH. 151,(321,322,323)

3. DATE DEBT WAS INCURRED: 07/01/2026 to 07/07/2026

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 10/07/2026

/S/ CATHERINE LEDESMA COY
CATHERINE LEDESMA COY
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. secs. 152 and 3571

Form 00-359 (Rev.8-19/7)