**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br><br>**KONA COAST VENTURE, LTD,** | §<br>§<br>§<br>§<br>§ | <br>**LEAD CASE NO. 26-51866-ALT** |
| **IN RE:**<br><br>**HIDEOUT ON THE HORSESHOE, LLC**<br><br>**DEBTORS.**[1] | §<br>§<br>§<br>§<br>§<br>§ | **SECOND CASE NO. 26-51900-ALT**<br><br>**CHAPTER 11**<br><br>**(Jointly Administered Under 26-51866-ALT)** |

**STIPULATION REGARDING HYBRID HEARING**

Kona Coast Venture, Ltd., Hideout on the Horseshoe, LLC, MAV WTW Holdings, LLC, Sun NG Whitewater RV LLC, Whitewater Investment Partners, LLC, and the United States Trustee (collectively, the **"Parties"**), by and through their undersigned counsel, hereby stipulate and agree as follows:

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Kona Coast Venture, Ltd. (2553); Hideout on the Horseshoe, LLC (4170).

A hearing is currently scheduled for Thursday, October 15, 2026, at 11:00 a.m. (Central Time) (the **"Hearing"**) on the following matters:

1. *Debtors' Emergency Motion for an Order (I) Authorizing the Trustee to (A) Obtain Postpetition Secured Financing and (B) Utilize Cash Collateral; (II) Granting Liens (III) Granting Adequate Protection, and (IV) Modifying the Automatic Stay* (the **"DIP Motion"**) (Docket No. 175); and

2. *Emergency Motion for an Order (I) Shortening the Time for Approval of the Disclosure Statement and Approving the Disclosure Statement or Alternatively Conditionally Approving the Disclosure Statement; (II) Setting Voting and Confirmation Deadlines; (III) Fixing Record Date; (IV) Approving Solicitation Procedures; and (V) Approving Related Procedures and Deadlines* (the **"Disclosure Statement Motion"**) (Docket No. 203).

The Parties hereby stipulate and agree that the Hearing shall be conducted in a hybrid format, whereby the Court, counsel, parties, and any other participants may appear either in person or remotely (by video and/or telephonic means), as permitted and in accordance with the procedures established by the Court.

This Stipulation may be executed in counterparts, each of which shall be deemed an original, and all of which together shall constitute one and the same instrument. Signatures transmitted by electronic means shall be deemed original signatures for all purposes.

Dated: October 14, 2026

Stipulated and Agreed to:

| | |
|---|---|
| */s/ Lynn Hamilton Butler*<br>Lynn Hamilton Butler<br>Husch Blackwell LLP<br>111 Congress Avenue, Ste 1400<br>Austin, TX 78701<br><br>*Counsel to the Debtors* | */s/ Rhonda Mates (with permission)*<br>Rhonda Bear Mates<br>Streusand Landon Ozburn Lemmon LLP<br>1801 S. Mopac Expressway<br>Suite 320<br>Austin, TX 78746<br><br>*Counsel to MAV WTW Holdings, LLC* |
| */s/ Raymond Battaglia (with permission)*<br>Raymond W. Battaglia<br>Law Offices of Ray Battaglia, PLLC<br>66 Granburg Circle<br>San Antonio, TX 78218<br><br>*Counsel to Sun NG Whitewater RV LLC* | */s/ Mark Curtis Taylor (with permission)*<br>Mark Curtis Taylor<br>Kane Russell Coleman Logan PC<br>401 Congress Avenue, Ste 2100<br>Austin, TX 78701<br><br>*Counsel to Whitewater Investment Partners, LLC* |
| */s/ James W. Rose (with permission)*<br>James W Rose, Jr<br>DOJ-UST<br>615 E. Houston Street #533<br>San Antonio, TX 78205<br><br>*United States Trustee* | */s/ Bill Kingman (with permission)*<br>Bill Kingman<br>Law Offices of William B. Kingman, P.C.<br>3511 Broadway Street<br>San Antonio, TX, 78209<br><br>*Counsel to Sun NG Whitewater RV LLC* |